UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARILYN GROSS,<br><br>                Plaintiff,<br><br>v.<br><br>TRIS PHARMA, INC.,<br><br>                Defendant. | Civil Action No.:<br>3:20-cv-15432-ZNQ-TJB<br><br>**STIPULATION AND ORDER OF**<br>**<u>DISMISSAL WITH PREJUDICE</u>** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for Plaintiff MARILYN GROSS and Defendant TRIS PHARMA, Inc.; that

WHEREAS no party hereto is an infant or incompetent person for whom a committee has been appointed, and no other person or party has an interest in the subject matter of the action;

IT IS HEREBY AGREED, by and between all of the parties hereto, that the above-captioned action, and each and every claim included therein, is hereby dismissed by Plaintiff against Defendant with prejudice, and without costs to either party as against the other. It is further agreed that each party shall be responsible for its own attorneys' fees incurred in connection with this action. This stipulation may be filed without further notice with the Clerk of the Court.

RESPECTFULLY SUBMITTED, this 12th day of March, 2024.

| | |
|---|---|
| */s/ Jake Novelli* | */s/ Bradley L. Mitchell* |
| Jake Novelli, Esq.<br>MURPHY LAW GROUP<br>*Attorneys for Plaintiff Marilyn Gross*<br>1628 John F. Kennedy Blvd.<br>Philadelphia, PA 19103<br>267-273-1054<br>jnovelli@phillyemploymentlawyer.com | Bradley L. Mitchell, Esq.<br>STEVENS & LEE, P.C.<br>*Attorneys for Defendant Tris Pharma, Inc.*<br>100 Lenox Drive, Suite 200<br>Lawrenceville, NJ 08648<br>609-243-9111<br>bradley.mitchell@stevenslee.com |

SL1 2034806v1 109868.00006

SO ORDERED this __13th__ day of March, 2024.

_____
Hon. Zahid N. Quraishi

SL1 2034806v1 109868.00006